# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL JOHN MONCZYNSKI | § | Case No. 1:11-21514-PSH |
| BARBARA JEAN MONCZYNSKI | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on May 1, 2012
in Courtroom 644, U. S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                                    Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MICHAEL JOHN MONCZYNSKI § Case No. 1:11-21514-PSH
BARBARA JEAN MONCZYNSKI §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,079.44 |
| and approved disbursements of | $ | 18.93 |
| leaving a balance on hand of[1] | $ | 5,060.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,257.94 | $ 0.00 | $ 1,257.94 |
| Trustee Expenses: STEVEN R. RADTKE | $ 334.62 | $ 0.00 | $ 334.62 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,592.56 |
| Remaining Balance | $ 3,467.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,579.39  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Commonwealth Edison Company | $ 1,108.13 | $ 0.00 | $ 186.74 |
| 3 | Atlas Acquisitions Llc | $ 1,037.56 | $ 0.00 | $ 174.85 |
| 4 | Atlas Acquisitions Llc | $ 795.22 | $ 0.00 | $ 134.01 |
| 6 | North Star Capital Acqusition | $ 146.02 | $ 0.00 | $ 24.61 |
| 7 | Rjm Acquisitions Funding Llc | $ 51.00 | $ 0.00 | $ 8.59 |
| 8 | Aqua Illinois Inc | $ 505.21 | $ 0.00 | $ 85.14 |
| 9 | Portfolio Recovery Associates, Llc | $ 550.12 | $ 0.00 | $ 92.70 |
| 10 | Portfolio Recovery Associates, Llc | $ 656.96 | $ 0.00 | $ 110.71 |
| 11 | Portfolio Recovery Associates, Llc | $ 14,742.01 | $ 0.00 | $ 2,484.26 |
| 12 | American Infosource Lp As Agent For | $ 987.16 | $ 0.00 | $ 166.34 |

Total to be paid to timely general unsecured creditors    $    3,467.95

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-21514-PSH
Michael John Monczynski                                                 Chapter 7
Barbara Jean Monczynski
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: choward                Page 1 of 3                  Date Rcvd: Mar 29, 2012
                               Form ID: pdf006              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2012.
db/jdb        +Michael John Monczynski,    Barbara Jean Monczynski,     7946 S. 84th Avenue,
                Justice, IL 60458-1411
17303723      +ARS National Recovery,    PO BOX 1259,   Oaks, PA 19456-1259
17303719      +Aarons Furniture,    8013 South Cicero Avenue,    Chicago, IL 60652-2003
17303720      +Adventist Hinsdale Hospital,    PO BOX 9247,    Hinsdale, IL 60522-9247
17303721       Adventist LaGrange Hopsital,    PO BOX 9234,    Southgate, MI 48195
17755968      +Aqua Illinois Inc,    762 W Lancaster Avenue,    Bryn Mawr, PA 19010-3402
17303724      +Atg Credit LLC,    PO BOX 14895,   Chicago, IL 60614-8542
17303725      +Bonet & Doyle,    1415 W 47th Street,   La Grange, IL 60525-6149
17303728      +CBCS,   POB 164089,    Columbus, OH 43216-4089
17303733      +CMI,   4200 International,    Carrollton, TX 75007-1930
17303729      +Central DuPage Hospital,    PO BOX 739,   Moline, IL 61266-0739
17303731      +Check n Go,    7755 Montgomery Road,   Cincinnati, OH 45236-4197
17303730      +Check n Go,    7243 W. 87th Street,   Bridgeview, IL 60455-1821
17303732      +Citi Cards/CitiBank,    PO BOX 6241,   Sioux Falls, SD 57117-6241
17303736       Consumers IL Water,    PO BOX 152,   Kankakee, IL 60901-0152
17303737      +Cook County Collector,    118 N. Clark Street,    Suite 112,    Chicago, IL 60602-1332
17303738       Credit One Bank,    PO BOX 98872,   Las Vegas, NV 89193-8872
17303739      +Credit Protection Association,    13355 Noel Road,    Dallas, TX 75240-6837
17303740     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX   78682)
17303741      +Direct TV,    PO BOX 9001069,   Louisville, KY 40290-1069
17303743       First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
17303744      +Ford Motor Credit,    PO BOX 542000,   Omaha, NE 68154-8000
17303745      +Franklin Collection Serv.,    2978 W. Jackson Street,    Tupelo, MS 38801-6731
17303746      +Get NA,    PO BOX 4000,   Richmond, KY 40476-2606
17303751       HSBC Bank,    PO BOX 5253,   Carol Stream, IL 60197-5253
17303747      +Health Care Recovery Solutions,    1515 190th Street,    Ste 350,    Gardena, CA 90248-4910
17303748       Health Lab Central DuPage Hosp,    25 NW Bield Road,    Winfield, IL 60190
17303749       Hinsdale Gastroenterology Asso,    911 M. Elm,    Ste 128,    Hinsdale, IL 60521
17303750     #+Household Finance,    PO BOX 3425,   Buffalo, NY 14240-3425
17303752      +Imperial Credit Systems,    125 N. Parkside Drive,    Ste 302,    Colorado Springs, CO 80909-7025
17303754      +Integrity Advance,    300 Creek View Road,    Newark, DE 19711-8546
17303755      +Justice Willow Spring Water,    7000 S. Archer Road,    Justice, IL 60458-1196
17303756      +Kevin B Wilson Law Offices,    PO BOX 24103,    Chattanooga, TN 37422-4103
17303757      +Little Loan Shop,    90 West 500 South,    #2001,   Bountiful, UT 84010-6230
17303763      +MRS Recovery,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
17303759      +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 900,    Chicago, IL 60606-6912
17303761      +Midland Ortho. Assoc,    5201 Willow Springs Road,    Suite 340,    La Grange, IL 60525-6539
17303762      +Molecular Imaging,    39724 Treasury Center,    Chicago, IL 60694-9700
17303767      +NTL Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
17303764      +National Credit Adjuster,    10108 Summer Oak,    Ln #103,    Las Vegas, NV 89134-2631
17303770     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     120 Corporate Blvd.,    Ste 10,
                Norfolk, VA   23502)
17303768      +Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
17303771      +Quest Diagnostics,    PO BOX 809403,   Chicago, IL 60680-9403
17303772      +Redstone Cash,    PO BOX 368,   Timber Lake, SD 57656-0368
17303773      +Sandpoint Capital,    2601 Madison Avenue,    Kansas City, MO 64108-2340
17303774      +Shamrock Marketing Group,    503 Commerce Drive,    Upper Marlboro, MD 20774-7434
17303775      +Sirius Radio,    PO BOX 33174,   Detroit, MI 48232-5174
17303776      +Swiss Colony,    1112 7th Avenue,   Monroe, WI 53566-1364
17303777      +Transworld Systems Inc,    1375 East Woodfield Road,    Schaumburg, IL 60173-5423
17303779      +Village of Justice,    7800 Archer Road,    Justice, IL 60458-1199
17303780      +WoodHaven Lakes,    PO BOX 139,   Sublette, IL 61367-0139
17303781      +Xceed Financial Credit,    2200 E. Grand Avenue,    El Segundo, CA 90245-2836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18003420       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2012 02:05:35
                American InfoSource LP as agent for,    Check N Go,    PO Box 248838,
                Oklahoma City, OK   73124-8838
17422980      +E-mail/Text: bnc@atlasacq.com Mar 30 2012 00:51:11      Atlas Acquisitions LLC,
                assignee of CREDIT ONE BANK NA,    294 Union St.,    Hackensack, NJ 07601-4303
17303726      +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Mar 30 2012 00:39:09      Cash Net USA,
                200 West Jackson,   Chicago, IL 60606-6949
17303735      +E-mail/Text: legalcollections@comed.com Mar 30 2012 00:22:08      ComEd,    PO BOX 6111,
                Carol Stream, IL 60197-6111
17303734      +E-mail/Text: legalcollections@comed.com Mar 30 2012 00:22:08      ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
17544459      +E-mail/Text: legalcollections@comed.com Mar 30 2012 00:22:08      Commonwealth Edison Company,
                3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,     Attn: Bankruptcy Dep.
17303753      +E-mail/Text: bknotices@wbpltd.com Mar 30 2012 00:52:18      Integrity Advance,
                300 Creek Viewroad,   Ste 102,    Newark, DE 19711-8547
```

```
District/off: 0752-1           User: choward              Page 2 of 3              Date Rcvd: Mar 29, 2012
                               Form ID: pdf006           Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17303758     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 30 2012 00:06:18     LVNV Funding LLC,
              PO BOX 10584,   Greenville, SC 29603-0584
17303760     +E-mail/Text: bkr@cardworks.com Mar 30 2012 00:23:20     Merrick Bank,   PO BOX 9201,
              Old Bethpage, NY 11804-9001
17303765     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 30 2012 02:24:18     NCO Financial System,
              PO BOX 15630,   Dept 02,   Wilmington, DE 19850-5630
17303766     +E-mail/Text: bankrup@nicor.com Mar 30 2012 00:06:36     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
17716830     +E-mail/Text: zenith@ebn.phinsolutions.com Mar 30 2012 00:53:29     North Star Capital Acqusition,
              170 Northpointe Pkwy,   Suite 300,   Amherst, NY 14228-1992
17717228     +E-mail/Text: rjm@ebn.phinsolutions.com Mar 30 2012 00:20:21     Rjm Acquisitions Funding Llc,
              575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
17303722      E-mail/PDF: cbp@slfs.com Mar 30 2012 02:07:03     American General Finance,   PO BOX 1162,
              Bridgeview, IL   60455
17303778     +Fax: 800-291-1428 Mar 30 2012 00:44:01     United Cash Loans,   3531 P Street NW,   POB 111,
              Miami, OK 74355-0111
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17303727       Cash Yes,   Suite 508 Marina Towers,   Newtown Barracks Rd.,   Belize City, CA
17303742       DJR Group,   Charleston Nevis Suite 4 & 5,   Temple Building Prince William
17762093*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Ameritech/Non Prime,
              POB 41067,   Norfolk VA 23541)
17842458*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Household Finance Corp.,
              POB 41067,   Norfolk VA 23541)
17762088*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   POB 41067,
              Norfolk VA 23541)
17303769    ##+Portfolio Recovery,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: choward              Page 3 of 3                  Date Rcvd: Mar 29, 2012
                              Form ID: pdf006            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2012 at the address(es) listed below:
          Jessica  MacLean    on behalf of Petitioning Creditor   Cook County Treasurer's Office
           jessica.maclean@cookcountyil.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard J Forst    on behalf of Debtor Michael Monczynski forstlaw@sbcglobal.net
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                                               TOTAL: 5