# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL JOHN MONCZYNSKI | § | Case No. 11-21514 |
| BARBARA JEAN MONCZYNSKI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on         . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Household Finance PO BOX 3425 Buffalo NY 14240 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|-------------------|--------------------------------|----------------------------------------|----------------|-------------|
| | Cook County Collector 118 N. Clark Street Suite 112 Chicago IL 60602 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aarons Furniture 8013 South Cicero Avenue Chicago IL 60652 | | | | | |
| | Adventist Hinsdale Hospital PO BOX 9247 Hinsdale IL 60522 | | | | | |
| | Adventist LaGrange Hopsital PO BOX 9234 Southgate MI 48195 | | | | | |
| | American General Finance PO BOX 1162 Bridgeview IL 60455 | | | | | |
| | ARS National Recovery PO BOX 1259 Oaks PA 19456 | | | | | |
| | Atg Credit LLC PO BOX 14895 Chicago IL 60614 | | | | | |
| | Bonet & Doyle 1415 W 47th Street La Grange IL 60525 | | | | | |
| | Cash Net USA 200 West Jackson Chicago IL 60606 | | | | | |
| | Cash Net USA 200 West Jackson Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cash Yes Suite 508 Marina Towers Newtown Barracks Rd. Belize City CA | | | | | |
| | CBCS POB 164089 Columbus OH 43216 | | | | | |
| | Central DuPage Hospital PO BOX 739 Moline IL 61265 | | | | | |
| | Central DuPage Hospital PO BOX 739 Moline IL 61265 | | | | | |
| | Check n Go 7243 W. 87th Street Bridgeview IL 60455 | | | | | |
| | Check n Go 7755 Montgomery Road Cincinnati OH 45236 | | | | | |
| | Citi Cards/CitiBank PO BOX 6241 Sioux Falls SD 57117 | | | | | |
| | CMI 4200 International Carrollton TX 75007 | | | | | |
| | ComEd Bill Payment Center Chicago IL 60668-001 | | | | | |
| | ComEd PO BOX 6111 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Consumers IL Water PO BOX 152 Kankakee IL 60901-0152 | | | | | |
| | Credit One Bank PO BOX 98872 Las Vegas NV 89193-8872 | | | | | |
| | Credit Protection Association 13355 Noel Road Dallas TX 75240 | | | | | |
| | Dell Financial Services 1 Dell Way Round Rock TX 78682 | | | | | |
| | Direct TV PO BOX 9001069 Louisville KY 40290 | | | | | |
| | DJR Group Charleston Nevis Suite 4 & 5 Temple Building Prince William | | | | | |
| | First Premier Bank 3820 N. Louise Avenue Sioux Falls SD 57107-0145 | | | | | |
| | Ford Motor Credit PO BOX 542000 Omaha NE 68154 | | | | | |
| | Franklin Collection Serv. 2978 W. Jackson Street Tupelo MS 38803 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Get NA PO BOX 4000 Richmond KY 40476-4000 | | | | | |
| | Health Care Recovery Solutions 1515 190th Street Ste 350 Gardena CA 90248 | | | | | |
| | Health Lab Central DuPage Hosp 25 NW Bield Road Winfield IL 60190 | | | | | |
| | Hinsdale Gastroenterology Asso 911 M. Elm Ste 128 Hinsdale IL 60521 | | | | | |
| | Household Finance PO BOX 3425 Buffalo NY 14240 | | | | | |
| | HSBC Bank PO BOX 5253 Carol Stream IL 60197-5253 | | | | | |
| | HSBC Bank PO BOX 5253 Carol Stream IL 60197-5253 | | | | | |
| | HSBC Bank PO BOX 5253 Carol Stream IL 60197-5253 | | | | | |
| | HSBC Bank PO BOX 5253 Carol Stream IL 60197-5253 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Imperial Credit Systems 125 N. Parkside Drive Ste 302 Colorado Springs CO 80909 | | | | | |
| | Integrity Advance 300 Creek View Road Newark DE 19711 | | | | | |
| | Integrity Advance 300 Creek Viewroad Ste 102 Newark DE 19711 | | | | | |
| | Justice Willow Spring Water 7000 S. Archer Road Justice IL 60458 | | | | | |
| | Kevin B Wilson Law Offices PO BOX 24103 Chattanooga TN 37422 | | | | | |
| | Little Loan Shop 90 West 500 South #2001 Bountiful UT 84010 | | | | | |
| | LVNV Funding LLC PO BOX 10584 Greenville SC 29603 | | | | | |
| | LVNV Funding LLC PO BOX 10584 Greenville SC 29603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd. Suite 900 Chicago IL 60606 | | | | | |
| | Merrick Bank PO BOX 9201 Old Bethpage NY 11804 | | | | | |
| | Midland Ortho. Assoc 5201 Willow Springs Road Suite 340 La Grange IL 60525 | | | | | |
| | Molecular Imaging 39724 Treasury Center Chicago IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Molecular Imaging 39724 Treasury Center Chicago IL 60694 | | | | | |
| | MRS Recovery 1930 Olney Avenue Cherry Hill NJ 08003 | | | | | |
| | National Credit Adjuster 10108 Summer Oak Ln #103 Las Vegas NV 89134 | | | | | |
| | NCO Financial System PO BOX 15630 Dept 02 Wilmington DE 19850 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville IL 60563 | | | | | |
| | NTL Recovery Agency 2491 Paxton Street Harrisburg PA 17111 | | | | | |
| | Penn Credit Corporation 916 S. 14th Street Harrisburg PA 17104 | | | | | |
| | Portfolio Recovery 120 Corporate Blvd. Ste 10 Norfolk VA 23502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery 287 Independence Virginia Beach VA 23462 | | | | | |
| | Quest Diagnostics PO BOX 809403 Chicago IL 60680 | | | | | |
| | Redstone Cash PO BOX 368 Timber Lake SD 57656 | | | | | |
| | Sandpoint Capital 2601 Madison Avenue Kansas City MO 64108 | | | | | |
| | Shamrock Marketing Group 503 Commerce Drive Upper Marlboro MD 20774 | | | | | |
| | Sirius Radio PO BOX 33174 Detroit MI 48232 | | | | | |
| | Swiss Colony 1112 7th Avenue Monroe WI 53566 | | | | | |
| | Transworld Systems Inc 1375 East Woodfield Road Schaumburg IL 60173 | | | | | |
| | United Cash Loans 3531 P Street NW POB 111 Miami OK 74355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Justice 7800 Archer Road Justice IL 60458 | | | | | |
| | WoodHaven Lakes PO BOX 139 Sublette IL 61367 | | | | | |
| | Xceed Financial Credit 2200 E. Grand Avenue El Segundo CA 90245 | | | | | |
| 12 | American Infosource Lp As Agent For | | | | | |
| 8 | Aqua Illinois Inc | | | | | |
| 3 | Atlas Acquisitions Llc | | | | | |
| 4 | Atlas Acquisitions Llc | | | | | |
| 2 | Commonwealth Edison Company | | | | | |
| 1 | Cook County Collector | | | | | |
| 6 | North Star Capital Acqusition | | | | | |
| 9 | Portfolio Recovery Associates, Llc | | | | | |
| 10 | Portfolio Recovery Associates, Llc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Portfolio Recovery Associates, Llc | | | | | |
| 7 | Rjm Acquisitions Funding Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-21514 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | MICHAEL JOHN MONCZYNSKI | | | | | Date Filed (f) or Converted (c): | 05/20/2011 (f) |
| | BARBARA JEAN MONCZYNSKI | | | | | 341(a) Meeting Date: | 06/27/2011 |
| For Period Ending: | 06/12/2012 | | | | | Claims Bar Date: | 11/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. House, 7946 S. 84th Avenue, Justice, IL | 163,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Trailer, 509 Lamoille Road, Sublette, IL 61367 | 5,000.00 | 5,000.00 | | 5,079.29 | FA |
| 3. checking account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Computer, 12 years old | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Dishwasher, 4 years old | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Freezer, 10 years old | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Two Glass Showcases | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Refrigerator, 6 years old | 150.00 | 0.00 | DA | 0.00 | FA |
| 9. Stove, 5 years old | 150.00 | 0.00 | DA | 0.00 | FA |
| 10. TV's, 3 years old | 300.00 | 0.00 | DA | 0.00 | FA |
| 11. Clothes | 750.00 | 0.00 | DA | 0.00 | FA |
| 12. 1972 Dart, Scrap Condition | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. 1975 Hang Ten, Scrap Condition | 100.00 | 0.00 | DA | 0.00 | FA |
| 14. House Pet-Dog | 100.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $170,900.00 | $5,000.00 | | $5,079.44 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Property in Sublette, Illinois sold.  checking claims and tax consequences.  then file final report; currently with UST reviewer; hrg set for 5/1/12 for TFR

Initial Projected Date of Final Report (TFR): 07/29/2013          Current Projected Date of Final Report (TFR):

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 11-21514 | | | | Trustee Name: STEVEN R. RADTKE | | Exhibit 9 |
| Case Name: MICHAEL JOHN MONCZYNSKI | | | | Bank Name: Bank of America | | |
| BARBARA JEAN MONCZYNSKI | | | | Account Number/CD#: XXXXXX0409 | | |
| | | | | Money Market Account | | |
| Taxpayer ID No: XX-XXX4931 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 06/12/2012 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/11 | 2 | Woodhaven Lakes Realty, Inc. P.O. Box 110 Sublette, IL 61367 | Proceeds of Sale | 1110-000 | $5,079.29 | | $5,079.29 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $5,079.32 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,079.36 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.26 | $5,073.10 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,073.14 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.65 | $5,066.49 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,066.53 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.02 | $5,060.51 |
| 03/01/12 | | Transfer to Acct # xxxxxx0519 | Transfer of Funds from MMA account xxx0409 to Checking account xxx0519 | 9999-000 | | $5,060.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,079.44 | $5,079.44 |
| Less: Bank Transfers/CD's | $0.00 | $5,060.51 |
| Subtotal | $5,079.44 | $18.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,079.44 | $18.93 |

| | | |
|---|---|---|
| Page Subtotals: | $5,079.44 | $5,079.44 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 11-21514 | | | Trustee Name: STEVEN R. RADTKE | | | |
| Case Name: MICHAEL JOHN MONCZYNSKI | | | Bank Name: Bank of America | | | |
| BARBARA JEAN MONCZYNSKI | | | Account Number/CD#: XXXXXX0519 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX4931 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 06/12/2012 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/12 | | Transfer from Acct # xxxxxx0409 | Transfer of Funds from MMA account xxx0409 to Checking account xxx0519 | 9999-000 | $5,060.51 | | $5,060.51 |
| 05/09/12 | 101 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,257.94 | $3,802.57 |
| 05/09/12 | 102 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $175.62 | $3,626.95 |
| 05/09/12 | 103 | Portfolio Recovery Associates, Llc C/O Ameritech/Non Prime Pob 41067 Norfolk Va 23541 | Final distribution to claim 10 representing a payment of 17.62 % per court order. | 7100-000 | | $115.78 | $3,511.17 |
| 05/09/12 | 104 | Portfolio Recovery Associates, Llc C/O Household Finance Corp. Pob 41067 Norfolk Va 23541 | Final distribution to claim 11 representing a payment of 17.62 % per court order. | 7100-000 | | $2,598.16 | $913.01 |
| 05/09/12 | 105 | American Infosource Lp As Agent For Check N Go Po Box 248838 Oklahoma City, Ok 73124-8838 | Final distribution to claim 12 representing a payment of 17.62 % per court order. | 7100-000 | | $173.98 | $739.03 |
| 05/09/12 | 106 | Commonwealth Edison Company 3 Lincoln Centre Oakbrook Terrace, Il 60181 Attn: Bankruptcy Dep. | Final distribution to claim 2 representing a payment of 17.62 % per court order. | 7100-000 | | $195.30 | $543.73 |
| 05/09/12 | 107 | Atlas Acquisitions Llc 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 3 representing a payment of 17.62 % per court order. | 7100-000 | | $182.86 | $360.87 |

Page Subtotals:                                              $5,060.51        $4,699.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 11-21514 | | Trustee Name: STEVEN R. RADTKE |
| Case Name: MICHAEL JOHN MONCZYNSKI | | Bank Name: Bank of America |
| BARBARA JEAN MONCZYNSKI | | Account Number/CD#: XXXXXX0519 |
| | | Checking |
| Taxpayer ID No: XX-XXX4931 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/12/2012 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/12 | 108 | Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 4 representing a payment of 17.62 % per court order. | 7100-000 | | $140.15 | $220.72 |
| 05/09/12 | 109 | North Star Capital Acqusition<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, Ny 14228 | Final distribution to claim 6 representing a payment of 17.62 % per court order. | 7100-000 | | $25.73 | $194.99 |
| 05/09/12 | 110 | Rjm Acquisitions Funding Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, Ny 11791 | Final distribution to claim 7 representing a payment of 17.62 % per court order. | 7100-000 | | $8.99 | $186.00 |
| 05/09/12 | 111 | Aqua Illinois Inc<br>762 W Lancaster Avenue<br>Bryn Mawr, Pa 19010 | Final distribution to claim 8 representing a payment of 17.62 % per court order. | 7100-000 | | $89.04 | $96.96 |
| 05/09/12 | 112 | Portfolio Recovery Associates, Llc<br>C/O Orchard Bank<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 17.62 % per court order. | 7100-000 | | $96.96 | $0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | $5,060.51 | $5,060.51 | |
| Less: Bank Transfers/CD's | | $5,060.51 | $0.00 | |
| Subtotal | | $0.00 | $5,060.51 | |
| Less: Payments to Debtors | | $0.00 | $0.00 | |
| Net | | $0.00 | $5,060.51 | |

Page Subtotals:                    $0.00                    $360.87

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0409 - Money Market Account | $5,079.44 | $18.93 | $0.00 |
| XXXXXX0519 - Checking | $0.00 | $5,060.51 | $0.00 |
|  | $5,079.44 | $5,079.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,079.44 |
| Total Gross Receipts: | $5,079.44 |

Page Subtotals:                    $0.00         $0.00